UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| LYNDSEY BURKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:08CV2000 CDP |
| | ) | |
| MISSOURI DEPARTMENT OF | ) | |
| CORRECTIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before me on upon Correctional Medical Services, Inc.'s motion for leave to file its answer out of time. On April 8, 2009, I ordered plaintiff to move for default against this defendant for failure to answer or otherwise respond to the complaint in a timely manner. However, the Clerk of the Court has not yet entered default, and I have not granted default judgment. After careful consideration, I will exercise my discretion and grant defendant leave to file its answer.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion for leave to file its answer out of time [#33] is granted.

**IT IS FURTHER ORDERED** that plaintiff's motion for entry of default [#28] and motion for default judgment [#30] are denied as moot.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 30th day of April, 2009.